UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

JOHN BROWN,

    Plaintiff,

-vs-                                      CASE NO.:  2:16-CV-02710-STA-CGC
                                                JURY DEMAND

CONN APPLIANCES, INC.

    Defendant

## ORDER STAYING CASE AND REFERRING TO ARBITRATION

**THIS CAUSE**, having come before the Court on the Plaintiff's Stipulation and Motion Staying and Referring Case to Arbitration (ECF No. 8), it is

**ORDERED AND ADJUDGED** that this matter is stayed pending arbitration.

IT IS SO ORDERED.

                                                  **s/ S. Thomas Anderson**
                                                  S. THOMAS ANDERSON
                                                  UNITED STATES DISTRICT JUDGE

                                                  Date: September 23, 2016